IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT | § § § § § § § | CIVIL ACTION NO. 6:20-cv-571[ADA] |
| v. | | |
| GOOGLE LLC | | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT GOOGLE LLC TO ANSWER OR OTHERWISE RESPOND

Defendant Google LLC moves for a 45-day extension to answer or otherwise respond to Plaintiff WSOU Investments, LLC d/b/a/ Brazos Licensing And Development's Original Complaint for Patent Infringement (the "Complaint") filed on June 29, 2020.

Defendant's deadline to answer or otherwise respond to the Complaint is currently due on July 28, 2020. With a 45-day extension, Defendant's answer or other response would be due on September 11, 2020. This motion is not brought for the purpose of delay. Rather, this extension is necessary because Defendant has recently retained counsel and, as a result, needs additional time to answer or otherwise respond to the Complaint.

Counsel for Defendant has conferred with counsel for Plaintiff. This motion is unopposed. Accordingly, Defendant Google LLC requests the Court grant the foregoing motion and enter an Order extending its deadline to answer or otherwise respond to the Complaint to September 11, 2020.

Dated: July 20, 2020                              Respectfully submitted,

                                                  By */s/ Michael E. Jones*
                                                  Michael E. Jones
                                                  SBN: 10929400
                                                  Patrick C. Clutter
                                                  SBN: 24036374

POTTER MINTON, PC<br>
110 North College, Suite 500<br>
Tyler, Texas 75702<br>
Tel: 903-597-8311<br>
Fax: 903-593-0846<br>
mikejones@potterminton.com<br>
patrickclutter@potterminton.com<br>
<br>
ATTORNEYS FOR DEFENDANT<br>
GOOGLE LLC

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on July 20, 2020, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

                                            */s/ Michael E. Jones*