IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a | § | |
| BRAZOS LICENSING AND | § | |
| DEVELOPMENT | § | CIVIL ACTION NO. 6:20-cv-571[ADA] |
| | § | |
| v. | § | |
| | § | |
| GOOGLE LLC | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT GOOGLE LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Google LLC moves for an extension to answer or otherwise respond to Plaintiff, WSOU Investments, LLC d/b/a/ Brazos Licensing and Development's First Amended Complaint for Patent Infringement (the "Complaint") filed on August 5, 2020.

Defendant's deadline to answer or otherwise respond to the original Complaint was due on September 11, 2020 and Defendant is requesting an Order from the Court stating that its answer to the Amended Complaint is due on that same date.  This motion is not brought for the purpose of delay.

Counsel for Defendant has conferred with counsel for Plaintiff. This motion is unopposed. Accordingly, Defendant Google LLC requests the Court grant the foregoing motion and enter an Order extending its deadline to answer or otherwise respond to the Amended Complaint to September 11, 2020.

Dated: August 19, 2020                    Respectfully submitted,

By */s/ Michael E. Jones*
Michael E. Jones
SBN: 10929400
Patrick C. Clutter
SBN: 24036374
POTTER MINTON, PC

110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com
patrickclutter@potterminton.com


ATTORNEYS FOR DEFENDANT
GOOGLE LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 19, 2020, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Michael E. Jones*