UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC

vs.   Case No.: 6:20-cv-00571-ADA

GOOGLE LLC

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Tharan Gregory Lanier , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Google LLC  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Jones Day with offices at:

    Mailing address: 1755 Embarcadero Road

    City, State, Zip Code: Palo Alto, CA  94303

    Telephone: (650) 739-3939     Facsimile: (650) 739-3900

2. Since December 7, 1988 , Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 138784.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | USDC Northern District of California | December 16, 1988 |
    | USDC Eastern District of Texas | March 2, 2005 |
    | US Court of Appeals Fifth Circuit | April 28, 2015 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:20-cv-00095   on the 9 day of July, 2020.
Number: 6:20-cv-00100   on the 9 day of July, 2020.
Number: 6:20-cv-00089   on the 9 day of July, 2020.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Michael E. Jones of Potter Minton, P.C.

Mailing address: 110 North College Avenue, Suite 500

City, State, Zip Code: Tyler, TX 75702

Telephone: (903) 597-8311

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Tharan Gregory Lanier to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Tharan Gregory Lanier
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 10 day of September, 2020.

Tharan Gregory Lanier
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC

vs.                                                                Case No.: 6:20-cv-00571-ADA

GOOGLE LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Tharan Gregory Lanier, counsel for Google LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Tharan Gregory Lanier may appear on behalf of Google LLC in the above case.

IT IS FURTHER ORDERED that Tharan Gregory Lanier, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE