UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU Investments, LLC d/b/a
Brazos Licensing and Development
vs.

Google LLC

Case No.: 6:20-cv-571

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Jennifer Kash**, counsel for **Google LLC**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **Jennifer Kash** may appear on behalf of **Google LLC** in the above case.

IT IS FURTHER ORDERED that **Jennifer Kash**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE