# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00571-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00572-ADA** |
| *Plaintiff*, | § | **CIVIL ACTION 6:20-cv-00573-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00574-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00575-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00576-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00577-ADA** |
| **v.** | § | **CIVIL ACTION 6:20-cv-00578-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00579-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00580-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00581-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00582-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00583-ADA** |
| **GOOGLE LLC,** | § | **CIVIL ACTION 6:20-cv-00584-ADA** |
| *Defendant.* | § | **CIVIL ACTION 6:20-cv-00585-ADA** |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE COURT:**

Plaintiff hereby notifies the Court that Mark D. Siegmund of Walt Fair, PLLC, 1508 North Valley Mills, Texas 76710 makes a formal entry of appearance in the above-styled and numbered causes as counsel for Plaintiff, WSOU Investments, LLC. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

DATED:  September 15, 2020               Respectfully submitted,

                                                          By:  */s/ Mark D. Siegmund*_____
Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
**Law Firm of Walt, Fair PLLC.**
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 15th day of September 2020.

                                                    /s/ *Mark D. Siegmund*
                                                    Mark D. Siegmund