IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § | CIVIL ACTION 6:20-cv-00571-ADA CIVIL ACTION 6:20-cv-00572-ADA |
| *Plaintiff,* | § § | CIVIL ACTION 6:20-cv-00573-ADA CIVIL ACTION 6:20-cv-00574-ADA |
| | § § | CIVIL ACTION 6:20-cv-00575-ADA CIVIL ACTION 6:20-cv-00576-ADA |
| | § § | CIVIL ACTION 6:20-cv-00577-ADA CIVIL ACTION 6:20-cv-00578-ADA |
| v. | § § | CIVIL ACTION 6:20-cv-00579-ADA CIVIL ACTION 6:20-cv-00580-ADA |
| | § § | CIVIL ACTION 6:20-cv-00581-ADA CIVIL ACTION 6:20-cv-00582-ADA |
| | § | CIVIL ACTION 6:20-cv-00583-ADA |
| GOOGLE LLC, | § | CIVIL ACTION 6:20-cv-00584-ADA |
| *Defendant.* | § | CIVIL ACTION 6:20-cv-00585-ADA |

**JOINT MOTION TO ENTER DISPUTED SCHEDULING ORDER**

**TO THE HONORABLE COURT:**

Pursuant to the Court's Order to meet and confer in advance of the Rule 16 Case Management Conference and the Court's Order Governing Proceedings ("OGP"), the Parties have reached agreement concerning the Scheduling Order on everything except for one issue highlighted in the attached Proposed Scheduling Order is attached as Exhibit A.

Date: October 30, 2020   Respectfully submitted,

          By: */s/ James L. Etheridge*
             James L. Etheridge
             Texas Bar No. 24059147
             Ryan S. Loveless
             Texas Bar No. 24036997
             Brett A. Mangrum
             Texas Bar No. 24065671
             Travis L. Richins
             Texas Bar No. 24061296
             Jeff Huang
             Etheridge Law Group, PLLC
             2600 E. Southlake Blvd., Suite 120 / 324
             Southlake, TX 76092
             Tel.: (817) 470-7249
             Fax: (817) 887-5950
             Jim@EtheridgeLaw.com
             Ryan@EtheridgeLaw.com
             Brett@EtheridgeLaw.com
             Travis@EtheridgeLaw.com
             Jeff@EtheridgeLaw.com

             Mark D. Siegmund
             State Bar No. 24117055
             mark@waltfairpllc.com
             Law Firm of Walt, Fair PLLC.
             1508 North Valley Mills Drive
             Waco, Texas 76710
             Telephone: (254) 772-6400
             Facsimile: (254) 772-6432

             *Counsel for Plaintiff WSOU Investments, LLC*


             */s/  Michael E. Jones*
             Michael E. Jones (Texas Bar No. 10929400)
             Patrick C. Clutter (Texas Bar No. 24036374)
             **Potter Minton, P.C.**
             110 North College, Suite 500
             Tyler, Texas, 75702
             +1 (903) 597-8311
             +1 (903) 593-0846 facsimile

mikejones@potterminton.com
patrickclutter@potterminton.com


Tharan Gregory Lanier (*pro hac vice*)
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com


Matthew S. Warren (*pro hac vice*)
Jen Kash (*pro hac vice*)
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
matt@warrenlex.com
jen@warrenlex.com

*Attorneys for Defendant Google LLC*


## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 30th day of October 2020.

*/s/ James L. Etheridge*
James L. Etheridge