**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

|  |  |
|---|---|
| | § |
| | § |
| **WSOU INVESTMENTS, LLC d/b/a,** | § |
| **BRAZOS LICENSING AND** | § |
| **DEVELOPMENT** | § |
| | § |
| *Plaintiff,* | § |
| v. | § |
| | § |
| **GOOGLE LLC,** | § |
| | § |
| *Defendant.* | § |
| | § |
| | § |
| | § |
| | § |
| | § |
| | § |

**CIVIL ACTION 6:20-CV-00571-ADA**
**CIVIL ACTION 6:20-CV-00572-ADA**
**CIVIL ACTION 6:20-CV-00573-ADA**
**CIVIL ACTION 6:20-CV-00575-ADA**
**CIVIL ACTION 6:20-CV-00576-ADA**
**CIVIL ACTION 6:20-CV-00579-ADA**
**CIVIL ACTION 6:20-CV-00580-ADA**
**CIVIL ACTION 6:20-CV-00583-ADA**
**CIVIL ACTION 6:20-CV-00584-ADA**
**CIVIL ACTION 6:20-CV-00585-ADA**

**JURY TRIAL DEMANDED**

## ORDER DENYING PLAINTIFF WSOU'S OPPOSED MOTION TO MODIFY THE PROTECTIVE ORDER

Before the Court is Plaintiff WSOU's Opposed Motion to Modify the Protective Order and Google LLC's Opposition to same. After consideration of said briefing, the Court finds that Plaintiff's Motion is hereby DENIED in its entirety.

**SIGNED** on this _____ day of _____, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE