IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT** | § § § § § § § § § § § § § | CIVIL ACTION 6:20-CV-00571-ADA <br> CIVIL ACTION 6:20-CV-00572-ADA <br> CIVIL ACTION 6:20-CV-00573-ADA <br> CIVIL ACTION 6:20-CV-00575-ADA <br> CIVIL ACTION 6:20-CV-00576-ADA <br> CIVIL ACTION 6:20-CV-00579-ADA <br> CIVIL ACTION 6:20-CV-00580-ADA <br> CIVIL ACTION 6:20-CV-00583-ADA <br> CIVIL ACTION 6:20-CV-00584-ADA <br> CIVIL ACTION 6:20-CV-00585-ADA <br><br> **JURY TRIAL DEMANDED** |
| Plaintiff, <br> v. <br><br> **GOOGLE LLC,** <br><br> Defendant. | | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that attorney Nathan K. Cummings of the law firm Etheridge Law Group, PLLC appears as counsel of record for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development. Mr. Cummings hereby requests that all notices required to be given and all papers required to be served in the above-entitled and numbered cause be served upon him.

Dated: October 14, 2021    Respectfully submitted,

By:    */s/ Nathan K. Cummings*
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeffrey Huang
Brian M. Koide
Nathan K. Cummings
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324

Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jhuang@EtheridgeLaw.com
Brian@EtheridgeLaw.com
Nathan@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via the U.S. District Court CM/ECF Document Filing System to all counsel of record on October 14, 2021.

*/s/ Nathan K. Cummings*
Nathan K. Cummings