IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT** | § § § § § | CIVIL ACTION 6:20-CV-00571-ADA<br>CIVIL ACTION 6:20-CV-00572-ADA<br>CIVIL ACTION 6:20-CV-00573-ADA<br>CIVIL ACTION 6:20-CV-00575-ADA<br>CIVIL ACTION 6:20-CV-00576-ADA |
| Plaintiff,<br>v.<br>**GOOGLE LLC,**<br>Defendant. | § § § § § § § § | CIVIL ACTION 6:20-CV-00579-ADA<br>CIVIL ACTION 6:20-CV-00580-ADA<br>CIVIL ACTION 6:20-CV-00583-ADA<br>CIVIL ACTION 6:20-CV-00584-ADA<br>CIVIL ACTION 6:20-CV-00585-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE
ORDER REQURING WITHDRAWAL OF SUBPOENAS
<u>AGAINST NONPARTIES BP FUNDING AND TERRIER SSC</u>**

This Court, having considered Plaintiff's Motion for Protective Order Requiring Withdrawal of Subpoenas Against Nonparties BP Funding and Terrier SSC (the "Motion"), hereby ORDERS the following:

The Motion is GRANTED. Defendant Google LLC is hereby ORDERED to withdraw its subpoenas to BP Funding and Terrier SSC, as well as its motions to compel against those entities in the following civil actions: *Google, LLC v. Terrier SSC, LLC*, C.A. No. 21-mc-419-MN (D. Del.) and *Google, LLC v. BP Funding Trust*, C.A. No. 21-mc-440-MN (D. Del.).

SIGNED this _____ day of October 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE