IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | Case No. 6:20-cv-571-ADA Case No. 6:20-cv-572-ADA Case No. 6:20-cv-573-ADA Case No. 6:20-cv-575-ADA |
| Plaintiff, | § § | Case No. 6:20-cv-576-ADA Case No. 6:20-cv-579-ADA |
| v. | § § | Case No. 6:20-cv-580-ADA Case No. 6:20-cv-583-ADA |
| GOOGLE LLC, | § § | Case No. 6:20-cv-584-ADA Case No. 6:20-cv-585-ADA |
| Defendant. | § § | JURY TRIAL DEMANDED |

**DECLARATION OF FRANCESCA MIKI SHIMA GERMINARIO IN SUPPORT OF GOOGLE'S OPPOSITION TO WSOU'S MOTION FOR A PROTECTIVE ORDER REQUIRING WITHDRAWAL OF SUBPOENAS AGAINST NONPARTIES BP FUNDING TRUST AND TERRIER SSC, LLC**

I, Francesca Miki Shima Germinario, hereby declare under 28 U.S.C. § 1746:

1.  I am an attorney licensed to practice in the State of California and am an attorney at the law firm of Warren Lex LLP, counsel for Google LLC.  I am over the age of 18, have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

2.  Attached hereto as Exhibit A is a true and correct copy of a letter dated August 31, 2021.

3.  Attached hereto as Exhibit B is a true and correct copy of a letter dated September 15, 2021.  Exhibit B contains information designated "CONFIDENTIAL" under the Court's Protective Order (Docket No. 52); Google accordingly files it under seal.

4.  Attached hereto as Exhibit C is a true and correct copy of a letter dated September 29, 2021.  Exhibit C contains information designated "RESTRICTED – ATTORNEYS' EYES

ONLY" under the Court's Protective Order (Docket No. 52); Google accordingly files it under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2021 in San Francisco, California.

_____
Francesca Miki Shima Germinario