IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a | § | Case No. 6:20-cv-571-ADA |
| BRAZOS LICENSING AND | § | Case No. 6:20-cv-572-ADA |
| DEVELOPMENT, | § | Case No. 6:20-cv-573-ADA |
| | § | Case No. 6:20-cv-575-ADA |
| Plaintiff, | § | Case No. 6:20-cv-576-ADA |
| | § | Case No. 6:20-cv-579-ADA |
| v. | § | Case No. 6:20-cv-580-ADA |
| | § | Case No. 6:20-cv-583-ADA |
| GOOGLE LLC, | § | Case No. 6:20-cv-584-ADA |
| | § | Case No. 6:20-cv-585-ADA |
| Defendant. | § | |
| | § | JURY TRIAL DEMANDED |

**ORDER DENYING WSOU'S MOTION
FOR A PROTECTIVE ORDER REQUIRING WITHDRAWAL
OF SUBPOENAS AGAINST NONPARTIES BP FUNDING AND TERRIER SSC**

Before the Court is Plaintiff WSOU's Motion for a Protective Order Requiring Withdrawal of Subpoenas Against Nonparties BP Funding and Terrier SSC LLC and Google LLC's Opposition to the same. After consideration of said briefing, the Court finds that Plaintiff's Motion is hereby DENIED in its entirety.

**SIGNED** on this _____day of _____, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE