IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>   *Plaintiff*,<br><br>  v.<br><br>GOOGLE LLC<br><br>   *Defendant*. | Civil Case No. 6:20-cv-00571-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that E. Leon Carter of the law firm CARTER ARNETT PLLC is appearing as an additional counsel of record for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development. Mr. Carter hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above-entitled and numbered cause be copied to and served upon him.

Dated: November 19, 2021

            */s/ E. Leon Carter*
            E. Leon Carter
            Texas Bar No. 03914300
            lcarter@carterarnett.com

            **CARTER ARNETT, PLLC**
            8150 N. Central Expressway, Suite 500
            Dallas, Texas 75206
            Telephone: No.: (214) 550-8188
            Facsimile No.: (214) 550-8185

            **ATTORNEY FOR PLAINTIFF**