IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | CIVIL ACTION 6:20-cv-00571-ADA |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00572-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00573-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00575-ADA |
| | § | CIVIL ACTION 6:20-cv-00576-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00579-ADA |
| | § | CIVIL ACTION 6:20-cv-00580-ADA |
| | § | CIVIL ACTION 6:20-cv-00583-ADA |
| GOOGLE LLC, | § | CIVIL ACTION 6:20-cv-00584-ADA |
| *Defendant.* | § | CIVIL ACTION 6:20-cv-00585-ADA |

## UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEYS FROM CASE

**TO THE HONORABLE COURT:**

Counsel for Plaintiff WSOU Investments, LLC ("WSOU"), James L. Etheridge, Ryan S. Loveless, Travis L. Richins, Brett A. Mangrum, Jeffrey Huang, Brian M. Koide, and Nathan K. Cummings, and their firm Etheridge Law Group, PPLC, hereby move to withdraw as counsel of record for Plaintiff.

Attorneys with the law firms of Carter Arnett and Steckler Wayne Cochran Cherry will remain as counsel of record for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice WSOU or any other party to this action.

Defense counsel is not opposed to this motion. Accordingly, Plaintiff respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

DATED:  January 17, 2022  Respectfully submitted,

/s/ James L. Etheridge
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Travis L. Richins
Texas State Bar No. 24061296
Brett A. Mangrum
Texas State Bar No. 24065671
Jeffrey Huang
Brian M. Koide
Nathan K. Cummings
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Brett@EtheridgeLaw.com
JeffH@EtheridgeLaw.com
Brian@EtheridgeLaw.com

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 15, 2022, I, James Etheridge, conferred with Defendant regarding Etheridge Law Group's withdrawal from the case. Defendants are unopposed to this motion.

/s/ James L. Etheridge
James L. Etheridge

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2022, I electronically filed the foregoing using the Court's Case Management and Electronic Case Filing system, which will send notification of such filing to counsel of record as registered in the Court's system.

*/s/ James L. Etheridge*
James L. Etheridge