# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | CIVIL ACTION 6:20-cv-00571-ADA |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00572-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00573-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00575-ADA |
| | § | CIVIL ACTION 6:20-cv-00576-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00579-ADA |
| | § | CIVIL ACTION 6:20-cv-00580-ADA |
| | § | CIVIL ACTION 6:20-cv-00583-ADA |
| GOOGLE LLC, | § | CIVIL ACTION 6:20-cv-00584-ADA |
| *Defendant*. | § | CIVIL ACTION 6:20-cv-00585-ADA |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEYS FROM CASE

Plaintiff's Unopposed Motion to Withdraw James L. Etheridge, Ryan S. Loveless, Travis L. Richins, Brett A. Mangrum, Jeffrey Huang, Brian M. Koide, and Nathan K. Cummings is GRANTED. The clerk is requested to remove such attorneys from all service lists including the CM/ECF system.

Signed this _____ day of _____, 2022.

_____
Honorable Alan D Albright
United States District Judge