**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | § § § § | |
| *Plaintiff,* | § § | Civil Case No. 6:20-cv-00571-ADA |
| v. | § § | **JURY TRIAL DEMANDED** |
| **GOOGLE LLC** | § § § | |
| *Defendant.* | § § § | |

<u>**NOTICE OF APPEARANCE**</u>

Please take notice that Bradley D. Liddle of the law firm CARTER ARNETT PLLC is appearing as an additional counsel of record for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development. Mr. Liddle hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above-entitled and numbered cause be copied to and served upon him.

Dated: January 20, 2022

/s/ Bradley D. Liddle
Bradley D. Liddle
Texas Bar No. 24074599
bliddle@carterarnett.com

**CARTER ARNETT, PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: No.: (214) 550-8188
Facsimile No.: (214) 550-8185

**ATTORNEY FOR PLAINTIFF**