# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION, AND VMWARE, INC.,<br><br>Defendants. | Case Numbers:<br>**6:20-cv-00473-ADA**<br>6:20-cv-00474-ADA<br>6:20-cv-00475-ADA<br>6:20-cv-00476-ADA<br>6:20-cv-00477-ADA<br>6:20-cv-00478-ADA<br>6:20-cv-00479-ADA<br>6:20-cv-00480-ADA<br>6:20-cv-00481-ADA<br>6:20-cv-00482-ADA<br>6:20-cv-00485-ADA<br>6:20-cv-00486-ADA |
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>ZTE CORPORATION,<br><br>Defendant. | Case Numbers:<br>**6:20-cv-00487-ADA**<br>6:20-cv-00488-ADA<br>6:20-cv-00489-ADA<br>6:20-cv-00490-ADA<br>6:20-cv-00491-ADA<br>6:20-cv-00492-ADA<br>6:20-cv-00493-ADA<br>6:20-cv-00494-ADA<br>6:20-cv-00495-ADA<br>6:20-cv-00496-ADA<br>6:20-cv-00497-ADA |
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case Numbers:<br>**6:20-cv-00571-ADA**<br>6:20-cv-00572-ADA<br>6:20-cv-00573-ADA<br>6:20-cv-00575-ADA<br>6:20-cv-00576-ADA<br>6:20-cv-00579-ADA<br>6:20-cv-00580-ADA<br>6:20-cv-00583-ADA<br>6:20-cv-00584-ADA<br>6:20-cv-00585-ADA |

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | <u>Case Numbers:</u> <br> **6:20-cv-00725-ADA** <br> 6:20-cv-00726-ADA <br> 6:20-cv-00728-ADA <br> 6:20-cv-00730-ADA <br> 6:20-cv-00783-ADA |
| GOOGLE, LLC, <br><br> Petitioner, <br><br> v. <br><br> TERRIER SSC, LLC, <br><br> Respondent. | <u>Case Number:</u> <br> **6:21-mc-01269-ADA** |
| GOOGLE, LLC, <br><br> Petitioner, <br><br> v. <br><br> BP FUNDING TRUST, <br><br> Respondent. | <u>Case Number:</u> <br> **6:21-mc-01270-ADA** |
| GOOGLE, LLC, <br><br> Petitioner, <br><br> v. <br><br> AQUA LICENSING, LLC, <br><br> Respondent. | <u>Case Number:</u> <br> **6:21-mc-01309-ADA** |

## <u>ORDER ON BRIEFING DEADLINES</u>

Pursuant to Local Rule CV-7(d)(2), which states in part: "A response to a discovery or case management motion shall be filed not later than 7 days after the filing of the motion," the Court hereby **ORDERS** that responses to the Motion for Limited-Purpose Consolidation and Protective Order Filed

by Non-Party Subpoena Recipients BP Funding Trust; Basepoint Administrative, LLC; Terrier SSC, LLC; and Aqua Licensing, LLC; and Joined by Plaintiff WSOU shall by due no later than 7 days from the filing of the motion. The Court FURTHER ORDERS the parties to promptly contact chambers at the clerks' email address when the motion is ripe in all of the above-captioned cases.

**IT IS SO ORDERED.**

SIGNED this 24th day of January, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE