# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00571-ADA |
| | § | |
| GOOGLE LLC | § | |

## ORDER SETTING HEARING ON MOTION TO CONSOLIDATE

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** on **Monday, February 14, 2022 at 10:30 AM**. This hearing is for all cases listed in bold font on the underlying motion.

    IT IS SO ORDERED this 9th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE